NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAC 04-450

STATE IN THE INTEREST OF A.D., B.D., S.M., S.M.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 1999 JU 194
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.

Jan Frederick Rowe
Attorney At Law
124 N. State St., Suite 300
Abbeville, LA 70510
(337) 898-1049
Counsel for: Appellee
J. M.

**Patricia A. Thomas**
**Attorney at Law**
**205 Charity Street**
**Abbeville, LA 70511-0142**
**(337) 893-6082**
**Counsel for: Appellant**
**M. M.**

**Leah Antoinette Beard**
**825 Kaliste Saloom Road**
**Brandywine I, Room 218**
**Lafayette, LA 70508**
**(337) 262-1555**
**Counsel for: Secondary Plaintiff/Appellant**
**State  of Louisiana**

**Bart Allen Broussard**
**Attorney at Law**
**204 N. St. Charles**
**Abbeville, LA 70510**
**(337) 893-1705**
**Counsel for: Appellees**
**A. D.**
**B. D.**
**S. M.**
**S. M.**